# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 07-7124**

**September Term, 2007**

**07cv01366**

**Filed On:**

Ellsworth W. Colbert,
      Appellant

   v.

District of Columbia Court of Appeals, et al.,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    NOV 2 9 2007

CLERK

### O R D E R

By order filed September 6, 2007, appellant was directed to file his brief and appendix, by October 25, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. To date, appellant has not complied with the court's September 6, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk